IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 09 C 1340 |
| | ) | |
| R. SLUIS EXCAVATING CO., | ) | JUDGE MATTHEW F. KENNELLY |
| a dissolved Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on August 4, 2009, request this Court enter judgment against Defendant, R. SLUIS EXCAVATING CO., a dissolved Illinois corporation. In support of that Motion, Plaintiffs state:

1. On August 4, 2009, this Court entered default against Defendant.

2. On August 11, 2009, this Court entered an order directing Defendant to turn over its monthly fringe benefit contribution reports for the time period October 2008 and May 2009 through the present date within 14 days of the entry of said order. The Court retained jurisdiction to enforce the order and enter judgment against Defendant.

3. On September 4, 2009, Defendant submitted its monthly fringe benefit contribution reports for October 2008 and May 2009 through August 2009. The reports revealed no fringe benefit contributions due Plaintiffs. (See Affidavit of Terrence J. Hancock).

4. Plaintiffs' firm has expended $435.00 for costs and $1,551.25 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $1,986.25.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $1,986.25.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Sluis\#21403\motion for entry of judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 10th day of November 2009:

        Mr. Steven W. Sluis, Registered Agent/President
        R. Sluis Excavating Co.
        14601 66th Court
        Oak Forest, IL  60452


        /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Sluis\#21403\motion for entry of judgment.cms.df.wpd